IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waugh, Tracey R | Case Number: 07 B 00868 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 1/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,297.57 | |
| Secured: | | 160.00 |
| Unsecured: | | 842.93 |
| Priority: | | 0.00 |
| Administrative: | | 3,055.43 |
| Trustee Fee: | | 239.21 |
| Other Funds: | | 0.00 |
| Totals: | 4,297.57 | 4,297.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 3,055.43 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 160.00 | 160.00 |
| 4. | Citi Residential Lending Inc | Secured | 19,647.30 | 0.00 |
| 5. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 534.21 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,030.00 | 0.00 |
| 9. | Comcast Cablevision | Unsecured | 105.92 | 0.00 |
| 10. | City Of Chicago | Unsecured | 0.73 | 0.00 |
| 11. | Tri Cap Investment Partners | Unsecured | 628.44 | 0.00 |
| 12. | ER Solutions | Unsecured | 636.92 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 1,443.39 | 842.93 |
| 14. | Tri Cap Investment Partners | Unsecured | 313.88 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Buchalter Nemer PC | Unsecured | | No Claim Filed |
| 17. | National Loan Recoveries | Unsecured | | No Claim Filed |
| 18. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Fbcs Inc | Unsecured | | No Claim Filed |
| 21. | RMCB | Unsecured | | No Claim Filed |
| 22. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 23. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 24. | United Cash Loans | Unsecured | | No Claim Filed |
| 25. | University Accounting Service | Unsecured | | No Claim Filed |
| | | | $ 27,807.12 | $ 4,058.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waugh, Tracey R | Case Number: 07 B 00868 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 1/18/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 196.96 |
| 6.5% | 42.25 |
| | $ 239.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

